# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

128721

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                     SC: 128721
                                     COA: 252307
                                     Wayne CC: 03-005243-01

DARRYL GEORGE FELDER,
          Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 19, 2005 judgment of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to address issue III of defendant's application for leave to appeal in light of the Judgment of Sentence in Wayne Circuit Court case no. 92-010449 indicating that defendant was convicted only for larceny from a person, MCL 750.347, within 28 days after the date of this order.

      The application for leave to appeal remains pending.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005                               _____
                                             Clerk

s1219